IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRWIN DOUGLAS,<br><br>       Plaintiffs,<br>  vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>       Defendant.<br>_____/ | Case No. Civ.09-1038 FCD EFB PS<br><br><br><br><u>ORDER</u> and<br><u>ORDER TO SHOW CAUSE</u> |

This case is before the undersigned pursuant to Local Rule 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1). Plaintiff initiated this action by filing a complaint and paying the filing fee on April 17, 2009. On the same date, the court issued its initial scheduling order, which set a status conference on August 19, 2009, and directed the parties to file status reports no later than fourteen days prior to the conference. Dckt. No. 4. Defendants timely filed a status report on August 5, 2009, Dckt. No. 11, but plaintiff has not. Defendants' status report asserts that, "Defendants transmitted a draft Joint Status Report to Plaintiff Douglas [but] Defendants could not gain Plaintiff's cooperation in submitting a joint status report." Dckt. No. 11, at p. 1, n. 1.

Plaintiff is cautioned that failure to comply with orders of this court or with the court's Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 11-110. "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d

1

1  52, 53 (9th Cir. 1995).  *Pro se* litigants are bound by the rules of procedure, even though
2  pleadings are liberally construed.  *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).  Local Rule
3  83-183, governing persons appearing *in pro se*, provides that failure to comply with the Federal
4  Rules and Local Rules may be ground for dismissal, judgment by default, or other appropriate
5  sanction.
6       In light of plaintiff's apparent failure to cooperate in filing a joint status report or
7  otherwise file a status report in compliance with the court's order, plaintiff will be ordered to
8  show cause why sanctions should not be imposed on him for violation of that order, and will also
9  be directed to promptly file a status report.
10      Accordingly, IT IS HEREBY ORDERED that:
11      1.  The status conference currently scheduled for August 19, 2009, is vacated, and
12 rescheduled for September 23, 2009, at 10:00 a.m., in Courtroom No. 25.
13      2.  Plaintiff shall show cause, in writing, on or before September 9, 2009, why sanctions
14 should not be imposed upon him for failure to file a status report in compliance with the court's
15 April 17, 2009 order.
16      3.  Plaintiff shall also file, by September 9, 2009, his status report, setting forth the
17 matters referenced in the court's April 17, 2009 order.
18      4.  The Clerk of Court is directed to send plaintiff a copy of this court's order filed
19 April 17, 2009, Dckt. No. 4.
20      5.  Failure of plaintiff to comply with this order shall result in a recommendation that this
21 action be dismissed for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).
22      SO ORDERED.
23 DATED: August 11, 2009

          /s/ Edmund F. Brennan
          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE