IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRWIN DOUGLAS,

    Plaintiff,

vs.

SACRAMENTO COUNTY, et al.,

    Defendants.
_____/

No. CIV 09-1038 FCD EFB PS

AMENDED ORDER[1]

This action is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On January 28, plaintiff filed his initial disclosures in this case pursuant to Federal Rule of Civil Procedure 26(a)(1), Dckt. No. 28; on April 5, 2010, plaintiff filed his response to a request for admissions from plaintiff, Dckt. No. 31; and on April 5, 2010, plaintiff filed supplemental disclosures pursuant to Rule 26(a)(1), Dckt. No. 32.

Initial disclosures and discovery requests and responses "shall not be filed unless and until there is a proceeding in which the [discovery] or proof of service is at issue. When required in a proceeding, only that part of the [discovery request and response] that is in issue shall be filed." E.D. Cal. L.R. 250.2-250.4; Fed. R. Civ. P. 26(a)(1). Accordingly, docket numbers 28,

---

[1] This order amends and supersedes the earlier order filed on April 8, 2010. Dckt. No. 33.

1

1 | 31, and 32 are stricken and the Clerk of the Court shall make a notation on the docket to that
2 | effect.

3 |      Further, upon review of plaintiff's filings, it appears that some of the documents contain
4 | private information that should be redacted.  *See* E.D. Cal. L.R. 140(a) ("[P]ursuant to the
5 | Judicial Conference Policy on Privacy and Electronic Access to Case Files, and the
6 | E-Government Act of 2002, Pub. L. No. 107-347, effective April 16, 2003, when filing
7 | documents, counsel and the Court shall omit or, where reference is necessary, partially redact the
8 | following personal data identifiers from all pleadings, documents, and exhibits, whether filed
9 | electronically or on paper, unless the Court orders otherwise: . . . Social Security numbers: Use
10 | only the last four numbers; [and] Dates of birth: Use only the year . . . .").  Therefore, the Clerk's
11 | Office shall redact plaintiff's date of birth from the following documents and include only the
12 | year: Dckt. No. 28 at 5, Dckt. No. 31 at 2:24, Dckt. No. 31 at 7, Dckt. No. 31 at 8, and Dckt. No.
13 | 32 at 15.  The Clerk's Office shall also redact plaintiff's social security number from the
14 | following documents and include only the last four numbers: Dckt. No. 31 at 2:19, Dckt. No. 31
15 | at 7, and Dckt. No. 31 at 8.

16 |      Additionally, on March 15, 2010, defendants filed their expert disclosure in accordance
17 | with the November 10, 2009 status (pretrial scheduling) order and the January 22, 2010
18 | amendment thereto.  Dckt. No. 29.  On March 30, 2010, plaintiff filed objections to defendants'
19 | expert designation, challenging the expert's qualifications and the substance of his testimony.
20 | Because those objections are premature, they will be disregarded at this time.

21 |      SO ORDERED.
22 | DATED: April 8, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE