IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRWIN DOUGLAS,

        Plaintiff,

   vs.

SACRAMENTO COUNTY, et al.,

        Defendants.

No. CIV 09-1038 FCD EFB PS

ORDER

This action is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On April 12, 2010, plaintiff filed a "declaration and motion to throw out and disregard defendants' supplemental disclosure of evidence." Dckt. No. 35. Because the evidence plaintiff challenges is not being considered by the court at this time, plaintiff's motion is premature and is therefore denied without prejudice. If the evidence at issue is offered by defendants in support of a motion for summary judgment or is listed as evidence to be offered at trial, plaintiff may raise his objections to the evidence at the appropriate time.

DATED: May 20, 2010.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE