IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRWIN DOUGLAS,

        Plaintiff,

vs.

SACRAMENTO COUNTY, et al.,

        Defendants.

            No. CIV S-09-1038 FCD EFB PS

ORDER

_____/

        This case is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On July 30, 2010, defendants filed a "Notice of Request to Seal Documents" pursuant to Local Rule 141, seeking to file under seal a motion for summary judgment or, in the alternative, summary adjudication, and the documents in support thereof.  Dckt. No. 38.  However, because defendants' request to seal did not indicate why a redacted version of the motion could not be filed, on August 5, 2010, the undersigned issued an order directing defendants to file a redacted version of their motion for summary judgment on the publicly available docket not later than August 12, 2010.  Dckt. No. 39.  Defendants filed a redacted motion for summary judgment on August 6, 2010.  Dckt. No. 40.  Plaintiff has not filed any opposition to defendants' request to seal, as authorized by Local Rule 141(c).

////

1  Upon review of both the redacted and unredacted versions of defendants' motion for
2  summary judgment, the undersigned finds that the unredacted version should be filed under seal
3  because it contains personal, private information relating to plaintiff, including information
4  pertaining to the criminal records that were previously sealed by the Superior Court for the
5  County of Sacramento.  Accordingly, defendants' request to seal, Dckt. No. 38, is granted, and
6  the Clerk of Court is directed to file under seal the unredacted version of defendants' summary
7  judgment motion and all documents in support thereof (including defendants' statement of
8  undisputed material facts; the declaration of Terry Wilson, along with Exhibits A through F; the
9  declaration of John R. Whitefleet, along with Exhibits G through J; the declaration of Robert
10 Falk; the declaration of Robert Williams; and the declaration of Michael Ziegler).  The
11 documents shall remain sealed until otherwise ordered.
12      SO ORDERED.
13 DATED:  August 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE