IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRWIN DOUGLAS,

        Plaintiff,

vs.

SACRAMENTO COUNTY, et al.,

        Defendants.
        /

No. CIV 09-1038 FCD EFB PS

ORDER

This case is before the undersigned pursuant to Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). A hearing is currently scheduled for September 8, 2010 on defendants' motion for summary judgment. Dckt. No. 40. On August 20, 2010, plaintiff filed a request for a continuation of the September 8 hearing "to any date after September 15, 2010," because plaintiff "needs to appear at a Bankruptcy hearing in West Palm Beach, Florida, scheduled for the same date, September 8, before Plaintiff had received notice of Defendants' motion's hearing date." Dckt. No. 48.

In light of plaintiff's representations, plaintiff's motion for continuance is GRANTED. Dckt. No. 48. The September 8, 2010 hearing on defendants' motion for summary judgment is CONTINUED to September 22, 2010, at 10:00 a.m. in Courtroom No. 24. On or before September 8, 2010, defendants shall file their reply, if any, to plaintiff's opposition, Dckt. No.

1  43, and any opposition to plaintiff's motion to disregard the declaration of defendants' expert,
2  Michael Ziegler, Dckt. No. 47.  On or before September 15, 2010, plaintiff may file a reply to
3  defendants' opposition, if any, to plaintiff's motion to disregard the declaration of defendants'
4  expert, Michael Ziegler.

   SO ORDERED.

   DATED: August 30, 2010.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE