**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, ROBERT FALK and ROBERT WILLIAMS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRWIN DOUGLAS<br><br>    Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY FALK, DEPUTY WILLIAMS<br><br>    Defendants.<br>_____/ | Case No. 09-CV1038 FCD-EFB PS<br><br>**EX PARTE APPLICATION FOR ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER; DECLARATION OF JOHN R. WHITEFLEET IN SUPPORT THEREOF; ORDER** |

Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, ROBERT FALK and ROBERT WILLIAMS hereby respectfully submit the following Ex Parte Application pursuant to F.R.Civ.P. 16(b) and Eastern District Local Court Rules 144 and 240.

Defendants request the Court modify the Status (Pre-trial Scheduling) Order [Docket No. 24] dated November 10, 2009, on the grounds that the Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 40] filed by Defendants on August 6, 2010, is still pending before the Court, but the pre-trial deadlines as set forth in the Order dated November 10, 2009, are rapidly approaching, the time and expense for which may not be necessary depending on the outcome of the motion for summary judgment.

/ / / /

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1
00838239.WPD   EX PARTE APPLICATION FOR ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER

Specifically, under the Order dated November 10, 2009, trial in this matter is set for February 8, 2011, the Final Pretrial Conference is scheduled for December 8, 2010, and the Joint Final Pretrial Conference Statement is due to be filed with the Court no later than November 22, 2010. As the summary judgment motion remains under submission, should the parties be required to proceed with joint preparation of the pretrial statement and attendance at the pretrial conference in the absence of a ruling by the Court on summary judgment, they will incur significant effort and expense that may ultimately be rendered superfluous by the issuance of the ruling. As such, Defendants respectfully request the Court vacate the current trial date and its concomitant schedule for the Final Pretrial Conference and for filing of the Joint Statement, so as to allow the Court time to issue its ruling on summary judgment and to allow the parties sufficient time to prepare the Joint Statement and prepare for the final pretrial conference and trial, if necessary. In that regard, Defendants respectfully request the Court continue the remaining dates and deadlines provided for in the Scheduling Order by four (4) months. Defendants propose the new schedule, depending on the court's calendar, be as follows:

| **EVENT** | **OLD DATE** | **NEW DATE** |
| --- | --- | --- |
| Final Pretrial Conference: | December 8, 2010 | April 6, 2011 |
| Trial: | February 8, 2011 | June 7, 2011 |

Defendants further request that the joint final pretrial conference statement should be submitted by the parties not later than ten (10) court days prior to the pretrial conference, as previously provided in the original Status (Pretrial Scheduling) Order.

Respectfully submitted,

Dated: November 8, 2010

PORTER SCOTT
A PROFESSIONAL CORPORATION

By     /s/ John R. Whitefleet
    Terence J. Cassidy
    John R. Whitefleet
    Attorneys for Defendants

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2
EX PARTE APPLICATION FOR ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER

## **DECLARATION OF JOHN R. WHITEFLEET**

I, John R. Whitefleet, hereby declare as follows:

1. I am an attorney at law, licensed to practice in and before all the courts of the State of California, including the United States District Court for the Eastern District of California, and am a shareholder with the professional corporation of Porter Scott, attorneys of record for Defendants in the above-entitled action. I declare the following my own personal knowledge, and if called upon to do so could and would confidentially testify therefor.

2. On October 14, 2009, Defendants appeared before the magistrate for a status (pretrial scheduling) conference pursuant to F.R.Civ.P. 16. On November 10, 2009, the Court issued its Status (Pretrial Scheduling) Order [Docket No. 24]. This Order provided that the final pretrial conference was to be set for Wednesday, December 8, 2010, at 10:00 a.m. Further, the Order provided that the parties shall submit a joint pretrial statement in accordance with Local Rule 281 no later than ten (10) court days prior to the scheduled pretrial conference.

3. On August 6, 2010, Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, ROBERT FALK and ROBERT WILLIAMS submitted their Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 40]. On August 23, 2010, Plaintiff IRWIN DOUGLAS filed his opposition to summary judgment [Docket Nos. 43-47]. Hearing on the motion was set for September 22, 2010, but the Court later issued a minute order that the motion was submitted without appearance and without argument pursuant to Local Rule 230(g) [Docket No. 56]. To date, the Court has not issued a ruling on the motion for summary judgment by Defendants.

4. As the Court has yet to rule upon the summary judgment motion by Defendants, the parties are currently unable to anticipate what claims may still be at issue at trial, or even if the case will proceed to trial.

5. Proceeding with the preparation of the joint statement and attendance by defense counsel and Plaintiff at the pretrial conference, prior to the Court issuing a ruling on summary judgment, will cause hardship and irreparable harm to the parties in that they will incur significant effort and expense by blindly preparing the joint statement and conferring upon issues, claims, and

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3
EX PARTE APPLICATION FOR ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER

1  evidentiary matters that ultimately may not survive summary judgment.

2        6.    Seeking to prevent the effort and expense to both parties, Defendants now
3  respectfully request the Court issue an order continuing the dates for trial and the final pretrial
4  conference, and accordingly the date for filing of the joint statement, so that the Court may issue its
5  Order on summary judgment and thereafter allow the parties time to properly prepare for the pretrial
6  conference and trial, should such ultimately be necessary.  In that regard, Defendants respectfully
7  request the Court continue the dates of the Scheduling Order by four (4) months.

8      I declare under penalty of perjury pursuant to the laws of the United States and the State of
9  California that the foregoing to true and correct and if called to testify as a witness in this matter,
10 I can and will testify competently as to the matters of fact contained herein based upon my personal
11 knowledge.

12     Executed this 8th day of November, 2010, at Sacramento, California.

13

14                                       /s/ John R. Whitefleet
                                      JOHN R. WHITEFLEET

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

4
EX PARTE APPLICATION FOR ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER

**ORDER**

Having reviewed the Ex Parte Application and Declaration in Support Thereof seeking modification of the Status (Pre-trial Scheduling) Order dated November 10, 2009, good cause exists to modify the Status (Pretrial Scheduling) Order.

Therefore, IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Order, Dckt. No. 24, is modified as follows:

| EVENT | OLD DATE | NEW DATE |
| --- | --- | --- |
| Final Pretrial Conf.: | December 8, 2010 | April 6, 2011, 10:00 a.m., Courtroom No. 24 |
| Trial: | February 8, 2011 | June 7, 2011, 9:00 a.m., Courtroom No. 2 |

IT IS FURTHER ORDERED that the joint final pretrial conference statement shall be submitted by the parties not later than fourteen days prior to the pretrial conference.

**IT IS SO ORDERED.**

Dated: November 10, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

5
EX PARTE APPLICATION FOR ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER