**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, ROBERT FALK and ROBERT WILLIAMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRWIN DOUGLAS<br><br>　　Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY FALK, DEPUTY WILLIAMS<br><br>　　Defendants.<br>_____/ | Case No. 09-CV1038 FCD-EFB PS<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR DEFENDANTS MOTION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER; DECLARATION OF JOHN R. WHITEFLEET IN SUPPORT THEREOF; ORDER** |

Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, ROBERT FALK and ROBERT WILLIAMS (hereinafter collectively "Defendants") hereby respectfully submit the following Ex Parte Application for an Order Shortening Time to Hear Defendants' Motion to Modify Status (Pretrial Scheduling) Order [Docket No. 67] pursuant to Eastern District Local Court Rule 144.

Defendants are moving the Court to modify the Status (Pre-trial Scheduling) Order [Docket No. 24] dated November 10, 2009, on the grounds that the Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 40] filed by Defendants on August 6, 2010, is still pending before the District Court.  Presently, the pre-trial deadlines as set forth in this Court's Orders [Docket Nos. 24, 59, and 65] are rapidly approaching, the time and expense for which may not be necessary depending on the outcome of the motion for summary judgment.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1
00898791.WPD   **EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

1  Pursuant to the Order [Docket No. 65] dated March 18, 2011, the final pretrial conference
2  is calendared for July 6, 2011, and the parties must file pretrial statements by June 22, 2011.
3  Defendants have filed a noticed motion to modify this schedule, but the earliest hearing date
4  available for this noticed motion is June 29, 2011, one week after the due date for filing of pretrial
5  statements.  As the summary judgment motion remains under submission, should the parties be
6  required to proceed with joint preparation of the pretrial statement and attendance at the pretrial
7  conference in the absence of a ruling by the Court on summary judgment, they will incur significant
8  effort and expense that may ultimately be rendered superfluous by the issuance of the ruling.
9  Furthermore, if the parties are required to wait to hear this Motion until June 29, 2011, based upon
10 the required notice period, they will be prejudiced by incurring the same significant effort and
11 expense which said Motion is seeking to avoid.  As such, Defendants respectfully request the Court
12 hear the Motion to Modify Status (Pretrial Scheduling) Order on shortened time or rule on the
13 motion at the same time the Court rules upon this Ex Parte Application.

14 In that regard, Defendants respectfully request the Court continue the remaining dates and
15 deadlines provided for in the Scheduling Order by three (3) months.  Defendants propose the new
16 schedule, depending on the Court's calendar, be as follows:

| **EVENT** | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Final Pretrial Conference: | July 6, 2011 | October 5, 2011 |
| Date for Filing Joint Statement: | June 22, 2011 | September 21, 2011 |

Respectfully submitted,

Dated: May 26, 2011

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ John R. Whitefleet
    Terence J. Cassidy
    John R. Whitefleet
    Attorneys for Defendants

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2
00898791.WPD   **EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

# DECLARATION OF JOHN R. WHITEFLEET

I, John R. Whitefleet, hereby declare as follows:

1. I am an attorney at law, licensed to practice in and before all the courts of the State of California, including the United States District Court for the Eastern District of California, and am a shareholder with the professional corporation of Porter Scott, attorneys of record for Defendants in the above-entitled action. I declare the following my own personal knowledge, and if called upon to do so could and would confidentially testify therefor.

2. On October 14, 2009, Defendants appeared before the magistrate for a status (pretrial scheduling) conference pursuant to F.R.Civ.P. 16. On November 10, 2009, the Court issued its Status (Pretrial Scheduling) Order [Docket No. 24]. This Order provided that the final pretrial conference was to be set for Wednesday, December 8, 2010, at 10:00 a.m. Further, the Order provided that the parties shall submit a joint pretrial statement in accordance with Local Rule 281 no later than ten (10) court days prior to the scheduled pretrial conference.

3. On August 6, 2010, Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, ROBERT FALK and ROBERT WILLIAMS submitted their Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 40]. On August 23, 2010, Plaintiff IRWIN DOUGLAS filed his opposition to summary judgment [Docket Nos. 43-47]. Hearing on the motion was set for September 22, 2010, but the Court later issued a minute order that the motion was submitted without appearance and without argument pursuant to Local Rule 230(g) [Docket No. 56].

4. On November 8, 2010, Defendants submitted an Ex Parte Application for Order Modifying Status (Pretrial Scheduling) Order [Docket No. 58] requesting the Court to continue its trial and final pretrial conference dates while the motion for summary judgment was under submission. On November 10, 2010, the Court issued an Order [Docket No. 59] continuing the trial date to June 7, 2011, the date of the pretrial scheduling conference to April 6, 2011, and the deadline for filing the Joint Final Pretrial Conference Statement to March 23, 2011.

///

///

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3

00898791.WPD     **EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

5.     On February 10, 2011, Magistrate Judge Edmund F. Brennan issued his Findings and Recommendations [Docket No. 61] on the motion for summary judgment, recommending the District Court grant the motion in its entirety and enter judgment for the Defendants.  Plaintiff subsequently filed his Objections [Docket No. 62] to the Findings and Recommendations, and Defendants filed their Opposition/Response to Plaintiff's Objections [Docket No. 64].  To date, the District Court has not issued a ruling on the objections.

6.     On March 16, 2011, Defendants submitted an Ex Parte Application for Order Modifying Status (Pretrial Scheduling) Order [Docket No. 64] requesting the Court to continue its trial and final pretrial conference dates while the motion for summary judgment was under submission.  On March 18, 2011, the Court issued an Order [Docket No. 65] indefinitely vacating the trial date pending resolution of the summary judgment motion and continuing the final pretrial conference to July 6, 2011, with a concomitant deadline for filing the Joint Final Pretrial Conference Statement of June 22, 2011.

7.     As the District Court has yet to rule upon Plaintiff's objections to the Findings and Recommendations by the Magistrate Judge, the parties are currently unable to anticipate what claims may still be at issue at trial, or even if the case will proceed to trial.

8.     Proceeding with the preparation of the joint statement and attendance by defense counsel and Plaintiff at the pretrial conference, prior to the Court issuing a ruling on summary judgment, will cause hardship and irreparable harm to the parties in that they will incur significant effort and expense by blindly preparing the joint statement and conferring upon issues, claims, and evidentiary matters that ultimately may not survive summary judgment.

9.     Seeking to prevent the effort and expense to both parties, Defendants now respectfully request the Court issue an order continuing the dates for the final pretrial conference and the date for filing of the joint statement, so that the District Court may issue its ruling on summary judgment and thereafter allow the parties time to properly prepare for the pretrial conference and trial, should such ultimately be necessary.  In that regard, Defendants respectfully request the Court continue the dates of the Scheduling Order by three (3) months.

I declare under penalty of perjury pursuant to the laws of the United States and the State of California that the foregoing is true and correct and if called to testify as a witness in this matter, I

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

4
00898791.WPD     **EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

1 can and will testify competently as to the matters of fact contained herein based upon my personal
2 knowledge.
3     Executed this 26th day of May, 2011, at Sacramento, California.

            /s/ John R. Whitefleet
            John R. Whitefleet

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

# ORDER

Having reviewed the Ex Parte Application and Declaration in Support Thereof seeking to hear the Motion to Modify the Status (Pretrial Scheduling) Order on shortened time, and good cause appearing therefor, and having reviewed the Motion seeking modification of the Status (Pre-trial Scheduling) Order [Docket No. 24] dated November 10, 2009, and the Orders [Docket Nos. 59 and 65] dated November 10, 2010, and March 18, 2011, respectively, good cause exists to modify these Court Orders.

Therefore, IT IS HEREBY ORDERED that defendants' motion to modify the Status (Pretrial Scheduling) Order, Dckt. No. 67, and the Ex Parte Application to hear that motion on shortened time, Dckt. No. 68, are GRANTED. The Status (Pretrial Scheduling) Order is modified as follows:

| **EVENT** | **OLD DATE** | **NEW DATE** |
| --- | --- | --- |
| Final Pretrial Conference: | July 6, 2011 | October 5, 2011, at 10:00 a.m. |
| Date for Filing Joint Statement: | June 22, 2011 | September 21, 2011 |

**IT IS SO ORDERED.**

Date: May 27, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

6

00898791.WPD   **EX PARTE APPLICATION FOR ORDER SHORTENING TIME**