IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRWIN DOUGLAS,

      Plaintiff,                            No. CIV S-09-1038 KJM EFB PS

      vs.

SACRAMENTO COUNTY, et al.,

      Defendants.                      ORDER

_____/

        On November 14, 2011, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed November 14, 2011, are ADOPTED in full, with the addition of the full citation of *Miller v. Los Angeles Bd. of Educ.*, 827 F.2d 617, 621 (9th Cir.1987), used in the first instance on page 4 at line 4; and

2. Defendants' motion for attorney's fees, ECF No. 75, is denied.

DATED: March 26, 2012.

_____
UNITED STATES DISTRICT JUDGE